# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | |
|---|---|
| United States of America<br>v.<br><br>Bryan James KOEFF<br><br><br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:24-mj-00051-KFR

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _07/20/2021-Current_ in the county of _____ in the _____ District of _Alaska_ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2250(a) | Failure to Register or Update Sex Offender Registration |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Rochelle Liedike, Deputy U.S. Marshal
_Printed name and title_

Submitted by email and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 and 41(d).

_____
Judge's signature

Date: January 26, 2024

City and state: Anchorage, Alaska

Kyle F. Reardon, U.S. Magistrate Judge
_Printed name and title_